# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 237 MAL 2015
:
               Respondent :
                : Petition for Allowance of Appeal from the
                : Order of the Superior Court
          v. :
:
:
:
DELANO CURTIS MUNFORD, :
:
               Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.